1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,

12          Plaintiff,

13       v.                                 VERIFIED COMPLAINT FOR
                                            FORFEITURE *IN REM*
14  GOLD NECKLACE WITH DIAMOND
    "COLD BOY" PENDANT,
15
    GOLD NECKLACE WITH DIAMOND
16  MICHAEL JORDAN "IN MY BAG"
    PENDANT,
17
    FOUR SILVER BARS, and
18
    TWENTY-NINE MISCELLANEOUS GOLD
19  AND SILVER COINS,

20          Defendants.

21

22       The United States of America, by and through its undersigned attorney, brings this complaint and

23  alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty

24  or Maritime Claims and Asset Forfeiture Actions:

25                            **NATURE OF ACTION**

26       1.      This is a civil action *in rem* to forfeit to the United States two pieces of gold and diamond

27  jewelry, four silver bars, and twenty-nine miscellaneous gold and silver coins (collectively the "defendant

28  assets") involved in violations of federal wire fraud and money laundering laws.

                              1

2.      The defendant assets were seized pursuant to a federal seizure warrant on or about February 14, 2025.  The defendant assets are in the custody of the Department of Treasury, Internal Revenue Service – Criminal Investigation, Eastern District of California ("IRS-CI").

**JURISDICTION AND VENUE**

3.      This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 18 U.S.C. § 981.

4.      This district is a proper venue pursuant to 28 U.S.C. § 1355 because the acts giving rise to this *in rem* forfeiture action occurred in this district, and pursuant to 28 U.S.C. § 1395(a) because the defendant assets were seized in this district.

**FACTUAL ALLEGATIONS**

5.      Since 2023, IRS-CI agents have investigated Marice Curry ("Curry") for spearheading a tax preparation in which he assisted many individuals in preparing and filing dozens of false Forms 1040, United States Individual Income Tax Return ("Form 1040") for tax years 2021 and 2022.  The Curry-sponsored fraudulent returns requested $9,876,290 in tax refunds that the taxpayers were not entitled to.  For each refund that resulted in a refund payment to the tax filer, Curry charged between $5,000 and $40,000 in fees, depending on the refund amount.

6.      Under U.S. law, individuals are required to file a federal income tax return with the IRS every year to report their income and pay the required federal taxes.  Returns may be filed with the IRS by mail or electronically over the internet.

7.      Individuals entitled to a federal income tax refund may claim that refund by filing a Form 1040.  On the Form 1040, the individual is required to provide their name, address, Social Security number ("SSN"), total income for the tax year, amount of withheld federal income tax during the tax year, amount of federal income tax, and the amount of tax due, or refund claimed.

8.      The IRS relies upon the accuracy of the information submitted in the Form 1040 to determine the validity of any refund requested.  If the amount of an individual's federal tax withholdings exceeds their liability for the year, the IRS may issue a refund.

2

Verified Complaint for Forfeiture *In Rem*

9.      A tax credit is a credit that offsets a taxpayer's tax liability.  A refundable tax credit is an excess credit paid to the taxpayer as a tax refund.  IRS rules permit taxpayers to claim different types of credits on a tax return, including two at the center of Curry's tax scheme:  the Fuel Tax Credit and Paid Sick and Family Leave Credit.

10.      Federal tax refunds are distributed by mail or electronic deposit into a taxpayer's designated bank account.  Curry filed his returns with the IRS in Fresno, California, and the Federal Reserve Bank of Atlanta processed tax refunds associated with the Curry-sponsored tax returns seeking a false refund.

11.      Each year, the IRS compiles a list of common tax refund scams, commonly referred to as the "Dirty Dozen."  Over the years, the Dirty Dozen listed the Fuel Tax Credit as one of the most misused or abused tax credits.[1]  The Fuel Tax Credit is generally applicable only to businesses—individuals are rarely eligible because the credit is limited to off-highway agriculture and farming use, and other rural or ranching use.  Thus, if the Fuel Tax Credit is relied on in an individual's tax return, it is likely an oversight or purposeful attempt to lower one's tax liability or get a refund.

12.      The Fuel Tax Credit offsets taxes imposed by the U.S. government on fuels such as gasoline and diesel.  The IRS taxes these fuels to fund highway maintenance and exact the tax at the pump, i.e., at the time of purchase.  Because it is generally unfeasible to separate taxable fuel from non-taxable fuel at the time of purchase, nearly all consumers pay all fuel taxes at the pump.  Those who pay the fuel tax but are also eligible for the Fuel Tax Credit, may seek a credit on their tax forms.

13.      Curry's scheme involved his clients improperly claiming tax credits for ineligible gasoline purchases.  To properly obtain a Fuel Tax Credit, taxpayers must complete a Form 4136 (Credit for Federal Tax Paid on Fuels), which records the tax credit amount—e.g., amount paid for gasoline used for farming—and then carries the final calculation over to the Form 1040.  If the taxpayer's total payments for eligible fuel costs exceed their total tax due, the taxpayer is entitled to a refund.

14.      Curry's scheme also exploited the credit system for sick and family leave for self-employed individuals.  This credit covers self-employed taxpayers that suffered an extreme loss of

---

[1] https://www.irs.gov/newsroom/dirty-dozen-irs-warns-about-false-fuel-tax-credit-claims-taxpayers-should-be-wary-of-scammers-heightened-review

Verified Complaint for Forfeiture *In Rem*

income as a result of COVID-19.  For credit eligibility, a taxpayer must file Form 7202 (Credits for Sick Leave and Family Leave for Certain Self-Employed Individuals) to receive the tax credit.  To determine eligibility and credit amount, the taxpayer must report their claimed tax credits for each quarter during the tax year, tallying the final calculation at the bottom of the form.  This amount is then transferred over to the Form 1040 and, similar to the Fuel Tax Credit, if the taxpayer's total credits exceed their total tax due, the taxpayer is entitled to a refund.

15.     Curry's scheme utilized the website www.TaxSlayer.com ("TaxSlayer")—an internet cloud-based tax preparation software that assists individuals prepare their own tax returns by providing tax forms, support, and calculations.  Individuals using TaxSlayer for tax preparation may electronically file their tax returns with the IRS and state taxing authorities.  While TaxSlayer guarantees the calculations through its software, it still relies on the end user to accurately report and fill out the proper tax forms to calculate whether the taxpayer is owed a refund

16.     In October 2023, law enforcement learned one of Curry's customers received a tax refund of $181,366 from a 2022 tax return fraudulently prepared by Curry.  Pleased with the outcome, the customer referred family and friends to Curry, who believed they would also receive large tax refunds.

17.     IRS-CI agents' investigation revealed that from June 5, 2022, to September 28, 2022, Curry prepared and electronically submitted at least twenty-five (25) false tax returns for tax year 2021. In each of the twenty-five tax returns, Curry exploited the tax credit for Paid Sick and Family Leave.  In total, the twenty-five tax returns that Curry prepared falsely reported credits of $2,638,681.  As a result of these fraudulent returns, the IRS paid out a total $1,021,216 to taxpayers that were not entitled to a refund.

18.     Over eight months in 2023, Curry prepared and electronically submitted at least fifty-one (51) tax returns for tax year 2022.  Of the fifty-one tax returns, forty-six returns were prepared and electronically submitted from his residence on North Bengston Avenue in Fresno.

19.     Curry touted his tax scheme and told friends that had not yet filed their returns that they could expect a tax refund of $200,000—but only if Curry prepared their tax return.  Curry instructed these individuals over text message or Facebook messenger to create a TaxSlayer account and give Curry

4

1  their account logins and passwords.  Curry also requested copies of their driver's license, SSN, and other

2  information needed to file a tax return, including the required six-digit identity PIN.

3      20.    The Curry-prepared tax returns all incorporated IRS Form 4136 to seek a refundable credit

4  of $0.183 per gallon of fuel for off-road or farm use, and each taxpayer claimed to have purchased

5  hundreds of thousands or millions of gallons of fuel.  This, of course, was designed to generate a large

6  tax refund for the taxpayer and a large tax preparation fee for Curry.  Once the refund was paid to the

7  taxpayer, Curry demanded payment by cash, CashApp, or deposit to his Wells Fargo Bank account.  In

8  total, Curry prepared dozens of tax returns for tax year 2022 that claimed $7,326,551 in fuel tax credits.

9  As a result of those falsely claimed fuel tax credits, the IRS paid out $1,698,950.86 in refunds.

10      21.    Curry prepared a tax return for Carolyn Jordan for tax year 2021, resulting in a $97,569

11  refund, and a sizeable commission to Curry, which he deposited into his Wells Fargo Bank account.  A

12  review of Curry's bank records reveal many electronic deposits representing "commissions" from

13  taxpayers for whom Curry prepared their tax returns.  Once deposited into his bank account, Curry

14  quickly moved the funds into his CashApp account, where he withdrew cash and bought personal items.

15      22.    On June 8, 2023, law enforcement executed a search warrant at Curry's residence on

16  North Bengston Avenue.  During the search, law enforcement located a gold necklace with a diamond

17  Michael Jordan "In the Bag" pendant, a gold necklace with a diamond "ColdBoy" pendant, two one-

18  kilogram silver bars, two five-ounce silver bars, and 29 miscellaneous gold and silver coins.  Appraisal

19  documents for the jewelry indicated an appraisal date of November 15, 2022, for the Michael Jordan

20  piece and January 10, 2023, for the ColdBoy piece.  Additionally, law enforcement discovered Curry's

21  handwritten notes listing names and SSNs of individuals for whom he prepared tax returns and

22  photographs of tax refunds.

23      23.    In a June 8, 2023 interview, Curry told law enforcement that he was unemployed but

24  previously worked at Foster Farms.  Curry acknowledged the lack of a steady paycheck but stated that he

25  "hustled" and he claimed the jewelry, coins, and silver bars were investments.  Curry said he believed the

26  dollar is dying and that he buys jewelry, gold, and silver as an investment and it grows in value every

27  day.  Curry stated that he does not like to hold cash and would prefer to turn it into tangible assets that are

28  easily convertible to cash.

Verified Complaint for Forfeiture *In Rem*

24.    Financial analysis revealed Curry paid for the purchase of the custom-made jewelry with a mixture of cash, CashApp, Zelle, Venmo, and Wells Fargo Bank debit card payments.  The following table shows the payment and transaction history for the gold necklaces and diamond pendants:

| Payment Date | Payment Source and Method | Payment Amount |
|---|---|---|
| September 18, 2022 | CashApp Sender – Marice Curry | $500.00 |
| September 29, 2022 | CashApp Sender – Marice Curry | $5,000.00 $2,000.00 |
| October 5, 2022 | Zelle Sender – Marice Curry | $1,000.00 |
| October 12, 2022 | Cash | $5,000.00 |
| October 12, 2022 | Cash | $500.00 |
| November 9, 2022 | Venmo Sender – Marice Curry | $5,000.00 |
| November 9, 2022 | CashApp Sender – Marice Curry | $5,000.00 |
| November 25, 2022 | Cash | $7,600.00 |
| November 25, 2022 | CashApp Sender – Marice Curry | $6,000.00 |
| November 25, 2022 | Debit Card Holder – Marice Curry | $1,500.51 |
| November 29, 2022 | Venmo Sender – Marice Curry | $1,202.00 |
| November 29, 2022 | Venmo Sender – Marice Curry | $6,500.00 |
| December 14, 2022 | CashApp Sender – Marice Curry | $5,000.00 |
| December 30, 2022 | Cash | $4,985.38 |
| January 12, 2023 | CashApp Sender – Marice Curry | $2,000.00 |
| | **Total Payments Made** | **$58,787.89** |

25.    Curry's tax year 2019 personal tax returns showed he claimed $5,526 in W-2 income from various staffing companies.  Curry did not file a tax return for tax year 2020.

26.    For tax year 2021, Curry claimed $139 in W-2 income, and $18,000 in gross receipts as a barber from his business "ColdBoy Kutz" along with $3,600 in expenses for a net profit of $14,400. Curry also listed Carolyn Jordan both as a dependent and his sister—but she is neither as IRS Agents determined that Carolyn Jordan is Curry's romantic partner.

27.    Curry's 2022 tax return listed $5,298 in self-employment income.  However, Curry listed the EIN for a local staffing company, not his SSN or the EIN of a business he owned, the requirement because he claimed to be self-employed.  Curry also claimed fuel tax credits of $256,200 representing the

6

purchase of 1.4 million gallons of gasoline—seeking a tax refund of $256,604.  The IRS did not pay this refund.

28.     For tax year 2023, Curry initially filed a tax return which claimed $227,037 in gambling winnings, $213,050 in gambling losses, and $64,750 in federal withholding, resulting in a $63,293 refund.  The IRS did not issue a refund.  Curry filed an amended 2023 tax return without any gambling activity and claimed $12,000 in gross receipts from DoorDash.  As a result, Curry owed tax of $1,695.

29.     On May 17, 2023, law enforcement received information that Curry and one of his customers agreed to meet so Curry could receive his $30,000 cash fee for the preparation and submission of fraudulent tax return that garnered a refund of $181,366.  Surveillance observed the meeting between Curry and his customer, and a handoff between the two.  Law enforcement conducted a traffic stop on Curry following the meeting and seized the $30,000 in cash.

30.     On June 8, 2023, law enforcement executed a search warrant at Curry's Fresno residence where they seized two gold chains with a diamond "ColdBoy" pendant, a diamond Michael Jordan "In My Bag" pendant, four silver bars, and twenty-nine miscellaneous gold and silver coins.  The same day, law enforcement executed a warrant at the residence of the taxpayer who received the $181,366 return based on falsified claims of tax credits.  Law enforcement seized $184,070 from the residence, representing the fraudulent tax refund money.

31.     Based on Curry's acknowledged lack of employment for the previous three years, he could not have afforded to stockpile gold and silver estimated to be worth over $100,000.  Rather, Curry's hoard of cash, gold and silver indicates a lucrative off-the-books venture, namely the tax preparation services that put hundreds of thousands of dollars in Curry's pocket, but also dozens of false returns and millions paid to taxpayers that were not entitled to a cent of government refund money.

32.     On January 23, 2025, a Grand Jury in the Eastern District of California charged Curry with five counts of Aiding and Assisting in the Preparation of False Tax Returns.  The federal criminal case *United States v. Marice L. Curry*, 1:25-CR-00012-JLT-SKO, is pending.

///

///

///

7

Verified Complaint for Forfeiture *In Rem*

## FIRST CLAIM FOR RELIEF
### 18 U.S.C. § 981(a)(1)(C)

33.    Paragraphs one to thirty-two are incorporated by reference as though fully set forth herein.

34.    The defendant assets were derived from proceeds traceable to an offense constituting a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), which incorporates the definition of "specified unlawful activity" found in 18 U.S.C. § 1961(1) and are therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).  Wire Fraud in violation of 18 U.S.C. § 1343, constitutes "specified unlawful activity" as defined in §§ 1961(1) and 1956(c)(7).

## SECOND CLAIM FOR RELIEF
### 18 U.S.C. § 981(a)(1)(A)

35.    Paragraphs one to thirty-four are incorporated by reference as though fully set forth herein.

36.    The defendant assets are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) because they were involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 and 1957, offenses punishable by more than one year's imprisonment.  Specifically, certain individuals knowingly engaged or attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from a specified unlawful activity.  Wire Fraud, a violation of 18 U.S.C. § 1343, and money laundering, a violation of 18 U.S.C. § 1957, constitute "specified unlawful activity" as defined in § 1961(1).

## PRAYER FOR RELIEF

WHEREFORE, the United States prays that:

1.    Process issue according to the procedures of this Court in cases of actions *in rem;*

2.    Any person having an interest in said defendant assets be given notice to file a claim and to answer the complaint;

3.    The Court enter a judgment of forfeiture of the defendant assets to the United States; and

4.    The Court grant such other relief as may be proper.

Dated: July 29, 2025                              KIMBERLY A. SANCHEZ
                                                            Acting United States Attorney

                                      By:      /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney

8

Verified Complaint for Forfeiture *In Rem*

**VERIFICATION**

I, Jordan Simonian, hereby verify and declare under penalty of perjury that I am a Special Agent with the Internal Revenue Service – Criminal Investigation, that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to the best of my knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent with the Internal Revenue Service – Criminal Investigation.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.


Dated:  July 29, 2025                                    /s/ Jordan Simonian
                                                        JORDAN SIMONIAN
                                                        Special Agent
                                                        Internal Revenue Service – Criminal Investigations
                                                        (Original signature retained by attorney)

Verified Complaint for Forfeiture *In Rem*